ACCEPTED
03-14-00194-CV
3711804
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 11:53:37 AM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 11:53:37 AM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF PUBLIC SAFETY

v.                                                                NO. 03-14-00194-CV

C.L.

_____

MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Amber D. Farrelly, and files this her *Motion for Extension of Time to File Appellee's Brief*, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

I.

On October 2, 2013, an Administrative License Revocation hearing was heard styled Texas Department of Public Safety v. Cody Littlepage at The State Office of Administrative Hearings. Littlepage's license was suspended for 180 days on October 3, 2013. Counsel for Littlepage filed an appeal on October 23, 2013. On February 6, 2014, a hearing on the appeal was held in County Court at Law Number 2 in Williamson County, Texas, cause number 13-1544-CC2. The appeal was granted and the case was reversed and remanded on February 28, 2014. On March 28, 2014, The

1

Department appealed and requested the Reporter's Record. On April 16, 2014, Counsel for Littlepage received notice that the one-volume clerk's record was filed.

## II.

On November 12, 2014, Counsel for Littlepage received a notice from the Third Court stating that Appellee's brief was due on January 10, 2015.

## III.

Appellant's attorney has been involved in three day jury trials in Travis County and Williamson County, including but not limited to, Lehr, Stephen ( November 19-21, 2014), Markowski, Daniel (November 24-26, 2014), Trejo, Michael (January 5-7), 2014, and is scheduled to start a five day felony jury trial in Travis County for Rocha, John (January 12-16, 2015). Appellant's attorney was asked to present a three day workshop in Colorado Springs, Colorado (December 4-6, 2014). Accordingly, counsel seeks two weeks of additional time to file her brief.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to

extend the time for filing Appellee's brief as 14 days from January 10, which would make the brief due on Friday January 23, 2015.

Respectfully submitted,

Amber D. Farrelly
2312 Western Trails Blvd, Ste. 102A
Austin, Texas 78745
(512) 804-5911
(512) 804-5919 fax
SBN # 24069671

By affixing my signature above, I, AMBER D. FARRELLY, hereby certify that a true copy of *Motion for Extension of Time to File Appellant's Brief* has been delivered to the Department of Public Safety on this day, January 9, 2015.

# CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties (which are listed below) about the merits of this motion with the following results:

Department of Public Safety

- Opposes motion
- (Does not oppose motion)
- Agrees with motion
- Would not say whether motion is opposed
- Did not return my message regarding the motion

Amber D. Farrelly
Attorney at Law

01-09-15
Date